# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ERIC WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 16 C 3625 |
| | ) |
| CHICAGO POLICE DEPARTMENT | ) |
| MITCHEM, RA (PCOF380) (Badge #5195), | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM ORDER

Because an error in the Clerk's Office misdirected this pro se action brought by Eric Williams ("Williams") to the staff attorneys responsible for the processing of prisoner litigation, this Court first learned of the existence of Williams' action nearly two weeks after it was filed. This Court promptly issued a brief April 6, 2016 memorandum opinion and order ("Opinion") that (1) granted Williams' In Forma Pauperis Application and (2) transmitted a new set of forms of Motion for Attorney Representation ("Motion") to Williams together with a copy of the Opinion.

Regrettably Williams took no action to correct the flaw in his original Motion, and more than ten days have elapsed beyond the April 22 date that the Opinion had set for such action on his part. Accordingly Williams will be required to "go it alone" as the Opinion forewarned, and this Court is contemporaneously issuing its customary initial scheduling order in the case. Williams will be responsible (1) for following up on the service of process on the defendant (summonses having been provided to the United States Marshal's Office for that purpose on

April 7) and (2) for attending the initial status hearing called for in the initial scheduling order if he has not obtained counsel to represent him before that date.

                                          _____
                                          Milton I. Shadur
                                          Senior United States District Judge

Date: May 3, 2016