# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| ERIC WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 16 C 3625 |
| | ) |
| CHICAGO POLICE DEPARTMENT | ) |
| MITCHEM, RA (PCOF380) (Badge #5195), | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM ORDER

This Court's May 3, 2016 memorandum order, in addition to notifying pro se prisoner plaintiff Eric Williams ("Williams") that he would have to proceed on his own because of his failure to comply with the requirements for considering a motion for attorney representation, went on to state in part:

> Williams will be responsible . . . for following up on the service of process on the defendant (summonses having been provided to the United States Marshal's Office for that purpose on April 7).

But this Court has just received via ECF a copy of Dkt. No. 13, which states:

> The U.S. Marshal Service is unable to executive service without the USM 285 form.

Further inquiry by this Court has revealed that although the requisite USM-285 service forms were transmitted to Williams, he failed to do his part by filling out such a form and returning it to the U.S. Marshals Service. Both his earlier inattention to his obligations and the just-described failure raise a serious question as to Williams' entitlement to proceed with this lawsuit. This action has previously been set for a status hearing at 9 a.m. June 20, 2016, at which

time Williams will be expected to appear to address those delinquencies and the steps (if any) that he has taken to cure them. Failure to appear at that time will result in dismissal of this action for want of prosecution.

_____
Milton I. Shadur
Senior United States District Judge

Date: May 27, 2016